SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
    Randy M. Marmor, #074747
    rmarmor@spcclaw.com
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendant MARYLAND CASUALTY COMPANY 162

LAW OFFICES OF K. GREG PETERSON
    K. Greg Peterson #118287
    greg@kgregpeterson.com
1716 L Street
Sacramento, California 95811
Tel.: (916) 443-3010; Fax: (916) 492-2680

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR J. ANSELMO, individually, and as Trustee under that certain document entitled "The Albert A. and Eleanor J. Anselmo 1988 Revocable Trust" Dated February 19, 1988, and as Successor-in-Interest to Albert A. Anselmo, Deceased; ROSALIE A. ANSELMO, individually, and as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992; KAREN l. LILIENTHAL, as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992; DAVE DAVELAAR, individually, and LINDA DAVELAAR, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARYLAND CASUALTY COMPANY, a Zurich in North America Company, a Maryland Corporation; and CENTURY INDEMNITY COMPANY, as Successor-in Interest to CCI Insurance Company, as Successor-in Interest to Insurance | Case No. 2:14-cv-00162-WBS-AC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Company of North America, a Pennsylvania corporation,

    Defendants.

IT IS HEREBY STIPULATED by and between ELEANOR J. ANSELMO, individually, and as Trustee under that certain document entitled "The Albert A. and Eleanor J. Anselmo 1988 Revocable Trust" Dated February 19, 1988, and as Successor-in Interest to Albert A. Anselmo, Deceased; ROSALIE A. ANSELMO, individually, and as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992; KAREN l. LILIENTHAL, as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992; DAVE DAVELAAR, individually, and LINDA DAVELAAR, individually, (collectively "Plaintiffs") and Defendant Maryland Casualty Company ("Maryland") by and through their designated counsel that the time within which Maryland can respond to Plaintiffs' Complaint shall be extended to March 11, 2014.

DATED: February 24, 2014

SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC


By:     /s/ Randy M. Marmor
    RANDY M. MARMOR
    Attorneys for Defendant
    MARYLAND CASUALTY COMPANY

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111
TEL (415) 352-6200 • FAX (415) 352-6224

DATED: February 24, 2014        LAW OFFICES OF K. GREG PETERSON

By:     /s/ K. Greg Peterson
K. GREG PETERSON
Attorneys for Plaintiffs ELEANOR J. ANSELMO, individually, and as Trustee under that certain document entitled "The Albert A. and Eleanor J. Anselmo 1988 Revocable Trust" Dated February 19, 1988, and as Successor-in Interest to Albert A. Anselmo, Deceased; ROSALIE A. ANSELMO, individually, and as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992; KAREN l. LILIENTHAL, as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992; DAVE DAVELAAR, individually, and LINDA DAVELAAR, individually

IT IS HEREBY ORDERED that pursuant to the Stipulation to Extend Time for Maryland Casualty Company to respond to the Plaintiffs' Complaint the time within which Maryland may respond to the Complaint is extended to March 11, 2014.

**IT IS SO ORDERED.**

Dated: February 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

I:\WPDOCS\ZURICH\Anselmo\Pleadings\Stip to Ext Time for

Sinnott, Puebla, Campagne & Curet, APLC
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Tel (415) 352-6200 • Fax (415) 352-6224