1  K. Greg Peterson, Esq. (SBN: 118287)
   LAW OFFICES OF K. GREG PETERSON
2  1716 L Street
3  Sacramento, California 95811
   Telephone:   (916) 443-3010
4  Facsimile:   (916) 492-2680
   Email:       greg@kgregpeterson.com
5  Attorneys for Plaintiffs ELEANOR J. ANSELMO,
6  individually, and as Trustee under that certain
   document entitled "The Albert A. and Eleanor J.
7  Anselmo 1988 Revocable Trust" Dated
   February 19, 1988, and as Successor-in-Interest to
8  Albert A. Anselmo, Deceased; ROSALIE A. ANSELMO,
   individually and as Co-Trustee under that certain
9  document entitled "The Edward A. Anselmo
10 and Rosalie A. Anselmo 1992 Revocable Trust"
   Dated December 21, 1992; KAREN L. LILIENTHAL,
11 as Co-Trustee under that certain document entitled
   "The Edward A. Anselmo and Rosalie A. Anselmo
12 1992 Revocable Trust" Dated December 21, 1992;
   DAVE DAVELAAR, individually, and
13 LINDA DAVELAAR, individually

14
   Randy M. Marmor, Esq. (SBN: 074747)
15 SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
   Two Embarcadero Center, Suite 1410
16 San Francisco, California 94111
   Telephone:   (415) 352-6200;
17 Facsimile:   (415) 352-6224
   Email:       rmarmor@spcclaw.com
18 Attorneys for Defendant MARYLAND CASUALTY COMPANY

19
   Bruce N. Telles, Esq. (SBN: 152080)
20 AIWASIAN & ASSOCIATES
   725 S. Figueroa Street, Suite 1050
21 Los Angeles, CA 90017
22 Telephone:   (213) 233-9650
   Facsimile:   (213) 233-9651
23 Email:       bruce.telles@mclolaw.com
   Attorneys for Defendant CENTURY INDEMNITY COMPANY
24
25 / / /
26 / / /
27 / / /
28 / / /

-1-
STIPULATION AND REQUEST FOR LEAVE OF COURT TO MODIFY TRIAL DATE AND APRIL 30, 2014
STATUS (PRETRIAL SCHEDULING) ORDER DATES AND [PROPOSED] ORDER





1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR J. ANSELMO, et al., ) | Case No.: 2:14-CV-00162-WBS-AC |
| Plaintiffs, ) | STIPULATION AND REQUEST FOR LEAVE OF COURT TO MODIFY TRIAL DATE AND APRIL 30, 2014 STATUS (PRETRIAL SCHEDULING) ORDER DATES AND [~~PROPOSED~~] ORDER |
| vs. ) | |
| MARYLAND CASUALTY COMPANY, et al., ) | |
| Defendants. ) | |
| AND RELATED CROSS-ACTION. ) | |

The parties hereto, by and through their attorneys of record, stipulate to the following facts in support of a joint request for leave to modify the trial date in this matter and to modify the Court's April 30, 2014 Status (Pretrial Scheduling) Order to allow the parties to participate in a voluntary mediation session in an attempt to resolve the matter without the necessity of a trial of the action

    1.    The matter is currently set for trial on August 18, 2015, and is subject to the following court-ordered deadlines:

- Disclosure of experts             January 2, 2015
- Disclosure of rebuttal experts    February 20, 2015
- Completion of discovery           February 15, 2015
- Last day to file motions          April 17, 2015
- Final pretrial conference         June 22, 2015

    2.    The first available date on which the mutually agreed upon mediator, Robert D. Kaplan, Esq. of Judicate West, is available to conduct the mediation is December 10, 2014, which, if the parties are unable to resolve their differences through mediation, will not allow sufficient time to complete pre-trial discovery, disclose experts and prepare for trial within the currently scheduled deadlines.

3. The parties respectfully request that the trial date in this matter be continued to December 1, 2015, at 9:00 a.m., and that deadlines set forth above also be extended as follows:

- Disclosure of experts             May 1, 2015
- Disclosure of rebuttal experts    June 1, 2015
- Completion of discovery           July 1, 2015
- Last day to file motions          August 3, 2015
- Final pretrial conference         October 26, 2015 at 2:00 p.m.

4. All other provisions of the Status Order shall remain unchanged.

5. The parties have not previously requested modification of the Status Order since it was entered on April 30, 2014.

<u>IT IS SO STIPULATED</u>.

Dated: August 22, 2014          LAW OFFICES OF K. GREG PETERSON

By: <u>/s/ K. Greg Peterson</u>
    Greg Peterson, Esq.
    Attorney for Plaintiffs ELEANOR J. ANSELMO, individually, and as Trustee under that certain document entitled "The Albert A. and Eleanor J. Anselmo 1988 Revocable Trust" Dated February 19, 1988, and as Successor-in-Interest to Albert A. Anselmo, Deceased; ROSALIE A. ANSELMO, individually and as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992; KAREN L. LILIENTHAL, as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992; DAVE DAVELAAR , individually, and LINDA DAVELAAR, individually

/ / /



| | | |
|---|---|---|
| 1 | Dated: August 21, 2014 | SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC |

By: /s/ Randy M. Marmor (as authorized 8/21/14)
    Randy M. Marmor, Esq.
    Attorneys for Defendant MARYLAND CASUALTY COMPANY

Dated: August 22, 2014    AIWASIAN & ASSOCIATES

By: /s/ Bruce N. Telles (as authorized 8/22/14)
    Bruce N. Telles, Esq.
    Attorneys for Defendant CENTURY INDEMNITY COMPANY (as successor-in-interest to CCI Insurance Company, as successor-in-interest to Insurance Company of North America)

## ORDER

The parties having stipulated to the continuation of the trial date and modification of the April 30, 2014 Status Order and good cause appearing,

IT IS SO ORDERED.

Dated: August 25, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

-4-

STIPULATION AND REQUEST FOR LEAVE OF COURT TO MODIFY TRIAL DATE AND APRIL 30, 2014 STATUS (PRETRIAL SCHEDULING) ORDER DATES AND [PROPOSED] ORDER

