K. Greg Peterson, Esq. (SBN: 118287)
LAW OFFICES OF K. GREG PETERSON
1716 L Street
Sacramento, California 95811
Telephone:  (916) 443-3010
Facsimile:  (916) 492-2680
Email:  greg@kgregpeterson.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ELEANOR J. ANSELMO, et al., | ) Case No.: 2:14-CV-00162-WBS-AC |
|---|---|
| Plaintiffs, | ) NOTICE OF SETTLEMENT |
| vs. | ) |
| MARYLAND CASUALTY COMPANY, et al., | ) |
| Defendants. | ) |
| AND RELATED CROSS-ACTION. | ) |

NOTICE IS HEREBY GIVEN that the within action has been settled in its entirety. A Stipulation of Dismissal will be will be filed on or before January 30, 2015.

Dated:  December 12, 2014        LAW OFFICES OF K. GREG PETERSON


                                By:    K. Greg Peterson
                                       K. Greg Peterson, Esq.
                                       Attorney for Plaintiffs



-1-
NOTICE OF SETTLEMENT