K. Greg Peterson, Esq. (SBN: 118287)
LAW OFFICES OF K. GREG PETERSON
1716 L Street
Sacramento, California 95811
Telephone:   (916) 443-3010
Facsimile:   (916) 492-2680
Email:       greg@kgregpeterson.com
Attorneys for Plaintiffs ELEANOR J. ANSELMO,
individually, and as Trustee under that certain
document entitled "The Albert A. and Eleanor J.
Anselmo 1988 Revocable Trust" Dated
February 19, 1988, and as Successor-in-Interest to
Albert A. Anselmo, Deceased; ROSALIE A. ANSELMO,
individually and as Co-Trustee under that certain
document entitled "The Edward A. Anselmo
and Rosalie A. Anselmo 1992 Revocable Trust"
Dated December 21, 1992; KAREN L. LILIENTHAL,
as Co-Trustee under that certain document entitled
"The Edward A. Anselmo and Rosalie A. Anselmo
1992 Revocable Trust" Dated December 21, 1992;
DAVE DAVELAAR, individually, and
LINDA DAVELAAR, individually

Randy M. Marmor, Esq. (SBN: 074747)
SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:   (415) 352-6200;
Facsimile:   (415) 352-6224
Email:       rmarmor@spcclaw.com
Attorneys for Defendant MARYLAND CASUALTY COMPANY

Bruce N. Telles, Esq. (SBN: 152080)
AIWASIAN & ASSOCIATES
725 S. Figueroa Street, Suite 1050
Los Angeles, CA 90017
Telephone:   (213) 233-9650
Facsimile:   (213) 233-9651
Email:       bruce.telles@mclolaw.com
Attorneys for Defendant CENTURY INDEMNITY COMPANY

/ / /

/ / /

/ / /

/ / /



-1-
STIPULATION AND REQUEST FOR LEAVE OF COURT TO EXTEND
DATE FOR FILING STIPULATION OF DISMISSAL; [PROPOSED] ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR J. ANSELMO, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MARYLAND CASUALTY COMPANY, et al.,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No.: 2:14-CV-00162-WBS-AC<br><br>STIPULATION AND REQUEST FOR LEAVE OF COURT TO EXTEND DATE FOR FILING STIPULATION OF DISMISSAL; [~~PROPOSED~~] ORDER |

The following is hereby stipulated and agreed to, by and between Plaintiffs, ELEANOR J. ANSELMO, individually, and as Trustee under that certain document entitled "The Albert A. and Eleanor J. Anselmo 1988 Revocable Trust" Dated February 19, 1988, and as Successor-in-Interest to Albert A. Anselmo, Deceased; ROSALIE A. ANSELMO, individually and as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992; KAREN L. LILIENTHAL, as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992; DAVE DAVELAAR , individually, and LINDA DAVELAAR, individually, and Defendants, MARYLAND CASUALTY COMPANY, a Maryland corporation; and CENTURY INDEMNITY COMPANY (as successor-in-interest to CCI Insurance Company, as successor-in-interest to Insurance Company of North America), a Pennsylvania corporation, and is entered into by and through their respective counsel.

1. On or about December 10, 2014, the within action was settled in its entirety by agreement of the parties through a mediation conducted by Robert J. Kaplan, Esq. of Kaplan Mediation;



      2.     On or about December 12, 2014, pursuant to Federal Rules of Civil Procedure, Rule 16 (Local Rule 160), Plaintiffs filed their Notice of Settlement, indicating that a Stipulation of Dismissal would be filed on or before January 30, 2015;

      3.     The Parties have been unable to finalize and execute a Confidential Settlement Agreement and Release in sufficient time to permit the filing of the above-referenced Stipulation of Dismissal, but are confident they will finalize and execute a mutually acceptable agreement in the very near future; and

      4.     The Parties respectfully request that the January 30, 2015 deadline for filing the Stipulation of Dismissal be extended to March 16, 2015.

<u>IT IS SO STIPULATED</u>.


Dated:  January 29, 2015         LAW OFFICES OF K. GREG PETERSON


                                        By: <u>/s/ K. Greg Peterson</u>
                                            Greg Peterson, Esq.
                                            Attorney for Plaintiffs ELEANOR J. ANSELMO, individually, and as Trustee under that certain document entitled "The Albert A. and Eleanor J. Anselmo 1988 Revocable Trust" Dated February 19, 1988, and as Successor-in-Interest to Albert A. Anselmo, Deceased; ROSALIE A. ANSELMO, individually and as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992; KAREN L. LILIENTHAL, as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992; DAVE DAVELAAR , individually, and LINDA DAVELAAR, individually

/ / /

/ / /

/ / /



| | | |
|---|---|---|
|1| Dated:  January 29, 2015 | SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC |

By: /s/ Randy M. Marmor (as authorized 1/29/15)
    Randy M. Marmor, Esq.
    Attorneys for Defendant MARYLAND CASUALTY COMPANY

Dated:  January 29, 2015    AIWASIAN & ASSOCIATES

By: /s/ Bruce N. Telles (as authorized 1/29/15)
    Bruce N. Telles, Esq.
    Attorneys for Defendant CENTURY INDEMNITY COMPANY (as successor-in-interest to CCI Insurance Company, as successor-in-interest to Insurance Company of North America)

## ORDER

The parties having stipulated to an extension of time to and including March 16, 2015, for the filing of a Stipulation of Dismissal in the within action, good cause appearing,

IT IS SO ORDERED.

Dated:  February 2, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

