1  K. Greg Peterson, Esq. (SBN: 118287)
   LAW OFFICES OF K. GREG PETERSON
2  1716 L Street
   Sacramento, California 95811
3  Telephone:    (916) 443-3010
4  Facsimile:    (916) 492-2680
   Email:        greg@kgregpeterson.com
5  Attorneys for Plaintiffs

6  Randy M. Marmor, Esq. (SBN: 074747)
7  SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
   Two Embarcadero Center, Suite 1410
8  San Francisco, California 94111
   Telephone:    (415) 352-6200;
9  Facsimile:    (415) 352-6224
   Email:        rmarmor@spcclaw.com
10 Attorneys for Defendant/Cross-Claimant/
11 MARYLAND CASUALTY COMPANY

12 Bruce N. Telles, Esq. (SBN: 152080)
   AIWASIAN & ASSOCIATES
13 725 S. Figueroa Street, Suite 1050
14 Los Angeles, CA 90017
   Telephone:    (213) 233-9650
15 Facsimile:    (213) 233-9651
   Email:        bruce.telles@mclolaw.com
16 Attorneys for Defendant/Cross-Defendant
17 CENTURY INDEMNITY COMPANY

18              IN THE UNITED STATES DISTRICT COURT
19            FOR THE EASTERN DISTRICT OF CALIFORNIA
20

21 ELEANOR J. ANSELMO, et al.,        )   Case No.: 2:14-CV-00162-WBS-AC
                                      )
22        Plaintiffs,                 )   STIPULATION RE SUBSTITUTION OF
                                      )   PARTY; [PROPOSED] ORDER
23     vs.                            )
                                      )
24 MARYLAND CASUALTY COMPANY, et al.,)
                                      )
25        Defendants.                 )
                                      )
26 _____   )
                                      )
27 AND RELATED CROSS-CLAIMS           )
                                      )
28 _____   )



-1-

Pursuant to Federal Rules of Civil Procedure, rule 25, and Eastern District of California Local Rules, Rule 83-143, the parties to this matter, Plaintiffs, ELEANOR J. ANSELMO, individually, and as Trustee under that certain document entitled "The Albert A. and Eleanor J. Anselmo 1988 Revocable Trust" Dated February 19, 1988, and as Successor-in-Interest to Albert A. Anselmo, Deceased; KAREN L. LILIENTHAL, as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992; DAVE DAVELAAR, individually, and LINDA DAVELAAR, individually, and Defendant/Cross-Claimant MARYLAND CASUALTY COMPANY, a Maryland corporation, and Defendant/Cross-Defendant CENTURY INDEMNITY COMPANY (as successor-in-interest to CCI Insurance Company, as successor-in-interest to Insurance Company of North America), a Pennsylvania corporation, by and through their respective counsel hereby stipulate and agree as follows:

(1)     Plaintiff ROSALIE A. ANSELMO, individually and as Co-Trustee of the Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust Dated December 21, 1992, is no longer a party to this action by reason of her death on April 3, 2014;

(2)     Plaintiff KAREN L. LILIENTHAL, as Co-Trustee under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992, is no longer a party to this action by reason of the death of ROSALIE A. ANSELMO as set forth above, and as more specifically set forth in the Certification of Trust ("Trust A"), dated July 10, 2014, a true and correct copy of which is attached hereto as **Exhibit "A"** and the Certificate of Trust ("Trust "B"), dated July 10, 2014, a true and correct copy of which is attached hereto as **Exhibit "B"**.

(3)     KAREN  L. LILIENTHAL, SUCCESSOR TRUSTEE of ROSALIE A. ANSELMO TRUST A under the Trust Agreement dated December 21, 1992, and KAREN L. LILIENTHAL, TRUSTEE of EDWARD A. ANSELMO EXEMPT TRUST B under the Trust Agreement dated December 21, 1992, are substituted as parties to this action in place of the parties identified in paragraphs (1) and (2), in her former individual



1  capacity and in her former capacity as Co-Trustee of The Edward A. Anselmo and

2  Rosalie A. Anselmo 1992 Revocable Trust" Dated December 21, 1992.

3          IT IS SO STIPULATED.

4  Dated:  February 4, 2015          LAW OFFICES OF K. GREG PETERSON

5

6                                     By: /s/ K. Greg Peterson

7                                          K. Greg Peterson, Esq.
                                           Attorney for Plaintiffs
8                                          ELEANOR J. ANSELMO, individually, and as
                                           Trustee under that certain document entitled
9                                          "The Albert A. and Eleanor J. Anselmo 1988
                                           Revocable Trust" Dated February 19, 1988,
10                                         and as Successor-in-Interest to Albert A.
                                           Anselmo, Deceased; ROSALIE A. ANSELMO,
11                                         individually and as Co-Trustee under that
                                           certain document entitled "The Edward A.
12                                         Anselmo and Rosalie A. Anselmo 1992
                                           Revocable Trust" Dated December 21, 1992;
13                                         KAREN L. LILIENTHAL, as Co-Trustee under
                                           that certain document entitled "The Edward A.
14                                         Anselmo and Rosalie A. Anselmo 1992
                                           Revocable Trust" Dated December 21, 1992;
15                                         DAVE DAVELAAR , individually, and LINDA
                                           DAVELAAR, individually
16

17

18  Dated:  February 4, 2015          SINNOTT, PUEBLA, CAMPAGNE &
19                                          CURET, APLC

20

21                                     By:   Randy M. Marmor (as authorized 2/4/2015)
22                                          Randy M. Marmor, Esq.
                                           Attorneys for Defendant MARYLAND
23                                         CASUALTY COMPANY

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /



STIPULATION RE SUBSTITUTION OF PARTY; [PROPOSED] ORDER

1   Dated: February 4, 2015            AIWASIAN & ASSOCIATES

2

3
                                      By:   /s/ Bruce N. Telles (as authorized 2/4/2015)
4                                           Bruce N. Telles, Esq.
                                            Attorneys for Defendant CENTURY
5                                           INDEMNITY COMPANY (as successor-in-
                                            interest to CCI Insurance Company, as
6                                           successor-in-interest to Insurance Company of
                                            North America)
7

8

9                                   **ORDER**

10      The parties having stipulated to the substitution of  KAREN  L. LILIENTHAL,

11   SUCCESSOR TRUSTEE OF ROSALIE A. ANSELMO TRUST A under the Trust

12   Agreement dated December 21, 1992, and KAREN L. LILIENTHAL, TRUSTEE of

13   EDWARD A. ANSELMO EXEMPT TRUST B under the Trust Agreement dated

14   December 21, 1992, as parties to the within action in place of ROSALIE A. ANSELMO,

15   DECEASED, in her former individual capacity and in her former capacity as Co-Trustee

16   of the Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust Dated

17   December 21, 1992, and KAREN L. LILIENTHAL, as Co-Trustee of the Edward A.

18   Anselmo and Rosalie A. Anselmo 1992 Revocable Trust Dated December 21, 1992, as

19   Plaintiffs in the within action, and good cause appearing,

20      IT IS SO ORDERED.

21

22   Dated:  February 5, 2015

23                                      _____
                                        WILLIAM B. SHUBB
24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28



STIPULATION RE SUBSTITUTION OF PARTY; [PROPOSED] ORDER