1  K. Greg Peterson, Esq. (SBN: 118287)
   LAW OFFICES OF K. GREG PETERSON
2  1716 L Street
   Sacramento, California 95811
3  Telephone:     (916) 443-3010
4  Facsimile:     (916) 492-2680
   Email:         greg@kgregpeterson.com
5  Attorneys for Plaintiffs ELEANOR J. ANSELMO,
   individually, and as Trustee under that certain
6  document entitled "The Albert A. and Eleanor J.
7  Anselmo 1988 Revocable Trust" Dated
   February 19, 1988, and as Successor-in-Interest to
8  Albert A. Anselmo, Deceased; KAREN L.
   LILIENTHAL, Successor Trustee of the
9  Rosalie A. Anselmo Trust A under
   the Trust Agreement dated December 21, 1992,
10 KAREN L. LILIENTHAL, Trustee of the Edward A.
11 Anselmo Exempt Trust B under the Trust
   Agreement dated December 21, 1992;
12 DAVE DAVELAAR, individually, and
   LINDA DAVELAAR, individually
13
14 Randy M. Marmor, Esq. (SBN: 074747)
   SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
15 Two Embarcadero Center, Suite 1410
   San Francisco, California 94111
16 Telephone:     (415) 352-6200;
17 Facsimile:     (415) 352-6224
   Email:         rmarmor@spcclaw.com
18 Attorneys for Defendant and Cross-Claimant
   MARYLAND CASUALTY COMPANY
19
20 Bruce N. Telles, Esq. (SBN: 152080)
   AIWASIAN & ASSOCIATES
21 725 S. Figueroa Street, Suite 1050
   Los Angeles, CA 90017
22 Telephone:     (213) 233-9650
   Facsimile:     (213) 233-9651
23 Email:         bruce.telles@mclolaw.com
24 Attorneys for Defendant and Cross-Defendant
   CENTURY INDEMNITY COMPANY
25
26 / / /
27 / / /
28

-1-

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ACTION



1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE EASTERN DISTRICT OF CALIFORNIA

3

4   ELEANOR J. ANSELMO, et al.,            )   Case No.: 2:14-CV-00162-WBS-AC
                                           )
5             Plaintiffs,                  )   STIPULATION AND [~~PROPOSED~~]
6                                          )   ORDER RE: DISMISSAL OF CASE
          vs.                              )
7                                          )
8   MARYLAND CASUALTY COMPANY, et al.,)
                                           )
9             Defendants.                  )
                                           )
10  _____   )
                                           )
11  MARYLAND CASUALTY COMPANY,             )
    a Maryland Corporation,                )
12                                         )
          Cross-Claimant,                  )
13                                         )
          vs.                              )
14                                         )
15  CENTURY INDEMNITY COMPANY, as          )
    Successor-In-Interest to CCI Insurance )
16  Company, as Successor-In-Interest to   )
    Insurance Company of North America, a  )
17  Pennsylvania Corporation,              )
                                           )
18        Cross-Defendant.                 )
                                           )
19  _____   )

20        IT IS HEREBY STIPULATED by and between Plaintiffs, ELEANOR J. ANSELMO,

21  individually, and as Trustee under that certain document entitled "The Albert A. and

22  Eleanor J. Anselmo 1988 Revocable Trust" Dated February 19, 1988, and as

23  Successor-in-Interest to Albert A. Anselmo, Deceased; KAREN L. LILIENTHAL,

24  Successor Trustee of the Rosalie A. Anselmo Trust A under the Trust Agreement dated

25  December 21, 1992; KAREN L. LILIENTHAL, Trustee of the Edward A. Anselmo

26  Exempt Trust B under the Trust Agreement dated December 21, 1992; DAVE

27  DAVELAAR, individually, and LINDA DAVELAAR, individually, and Defendant/Cross-

28  Claimant MARYLAND CASUALTY COMPANY, a Maryland corporation, and

-2-
STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ACTION



KGP
K.GREG PETERSON
LAW OFFICES

1  Defendant/Cross-Defendant CENTURY INDEMNITY COMPANY (as successor-in-

2  interest to CCI Insurance Company, as successor-in-interest to Insurance Company of

3  North America), a Pennsylvania corporation, by and through their respective counsel,

4  that all parties hereto agree to a dismissal with prejudice of the entire above-captioned

5  action, including the Plaintiffs' Complaint and Maryland's Cross-Claim, in accordance

6  with the terms of the written settlement agreement entered into between the parties.

7        IT IS FURTHER STIPULATED that the parties shall bear their own attorney's

8  fees and costs incurred in this action.

9        IT IS SO STIPULATED.

10

11  Dated:  February 25, 2015        LAW OFFICES OF K. GREG PETERSON

12

13                                   By: /s/ K. Greg Peterson

14                                        K. Greg Peterson, Esq.
                                          Attorney for Plaintiffs

15                                        ELEANOR J. ANSELMO, individually, and as
                                          Trustee under that certain document entitled

16                                        "The Albert A. and Eleanor J. Anselmo 1988
                                          Revocable Trust" Dated February 19, 1988,

17                                        and as Successor-in-Interest to Albert A.
                                          Anselmo, Deceased; KAREN L.

18                                        LILIENTHAL, Successor Trustee of the
                                          Rosalie A. Anselmo Trust A under

19                                        the Trust Agreement dated December 21,
                                          1992; KAREN L. LILIENTHAL, Trustee of the

20                                        Edward A. Anselmo Exempt Trust B under the
                                          Trust Agreement dated December 21, 1992;

21                                        DAVE DAVELAAR , individually, and LINDA
                                          DAVELAAR, individually

22

23

24

25  / / /

26  / / /

27  / / /

28



STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ACTION

1    Dated: February 25, 2015          SINNOTT, PUEBLA, CAMPAGNE &
2                                      CURET, APLC
3
4                                      By: /s/ Randy M. Marmor (as authorized 2/25/2015)
                                            Randy M. Marmor, Esq.
5                                           Attorneys for Defendant MARYLAND
                                            CASUALTY COMPANY
6
7
8    Dated: February 25, 2015          AIWASIAN & ASSOCIATES
9
10
                                       By: /s/ Bruce N. Telles (as authorized 2/25/2015)
11                                          Bruce N. Telles, Esq.
                                            Attorneys for Defendant CENTURY
12                                          INDEMNITY COMPANY (as successor-in-
                                            interest to CCI Insurance Company, as
13                                          successor-in-interest to Insurance Company of
14                                          North America)
15

16                                     **ORDER**

17          The parties having stipulated to the dismissal with prejudice of the within action in

18   its entirety and having further stipulated that each party shall bear its own attorney's fees

19   and costs incurred in the within action, and good cause appearing,

20          IT IS SO ORDERED.

21

22   Dated: February 26, 2015

23                                     _____
24                                     WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE
25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ACTION

