```
 1  K. Greg Peterson, Esq. (SBN: 118287)
    LAW OFFICES OF K. GREG PETERSON
 2  1716 L Street
    Sacramento, California 95811
 3  Telephone:   (916) 443-3010
 4  Facsimile:   (916) 492-2680
    Email:       greg@kgregpeterson.com
 5  Attorneys for Plaintiffs ELEANOR J. ANSELMO,
    individually, and as Trustee under that certain
 6  document entitled "The Albert A. and Eleanor J.
 7  Anselmo 1988 Revocable Trust" Dated
    February 19, 1988, and as Successor-in-Interest to
 8  Albert A. Anselmo, Deceased; KAREN L.
    LILIENTHAL, Successor Trustee of the
 9  Rosalie A. Anselmo Trust A under
    the Trust Agreement dated December 21, 1992,
10  KAREN L. LILIENTHAL, Trustee of the Edward A.
11  Anselmo Exempt Trust B under the Trust
    Agreement dated December 21, 1992;
12  DAVE DAVELAAR, individually, and
    LINDA DAVELAAR, individually
13
14  Randy M. Marmor, Esq. (SBN: 074747)
    SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
15  Two Embarcadero Center, Suite 1410
    San Francisco, California 94111
16  Telephone:   (415) 352-6200;
17  Facsimile:   (415) 352-6224
    Email:       rmarmor@spcclaw.com
18  Attorneys for Defendant and Cross-Claimant
    MARYLAND CASUALTY COMPANY
19
    Bruce N. Telles, Esq. (SBN: 152080)
20  AIWASIAN & ASSOCIATES
21  725 S. Figueroa Street, Suite 1050
    Los Angeles, CA 90017
22  Telephone:   (213) 233-9650
    Facsimile:   (213) 233-9651
23  Email:       bruce.telles@mclolaw.com
    Attorneys for Defendant and Cross-Defendant
24  CENTURY INDEMNITY COMPANY
25
26  / / /
27  / / /
28
```



-1-

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ACTION

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR J. ANSELMO, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>MARYLAND CASUALTY COMPANY, et al.,)<br>)<br>Defendants. )<br>_____ )<br>)<br>MARYLAND CASUALTY COMPANY, )<br>a Maryland Corporation, )<br>)<br>Cross-Claimant, )<br>)<br>vs. )<br>)<br>CENTURY INDEMNITY COMPANY, as )<br>Successor-In-Interest to CCI Insurance )<br>Company, as Successor-In-Interest to )<br>Insurance Company of North America, a )<br>Pennsylvania Corporation, )<br>)<br>Cross-Defendant. )<br>_____ ) | Case No.: 2:14-CV-00162-WBS-AC<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER RE: DISMISSAL OF CASE |

IT IS HEREBY STIPULATED by and between Plaintiffs, ELEANOR J. ANSELMO, individually, and as Trustee under that certain document entitled "The Albert A. and Eleanor J. Anselmo 1988 Revocable Trust" Dated February 19, 1988, and as Successor-in-Interest to Albert A. Anselmo, Deceased; KAREN L. LILIENTHAL, Successor Trustee of the Rosalie A. Anselmo Trust A under the Trust Agreement dated December 21, 1992; KAREN L. LILIENTHAL, Trustee of the Edward A. Anselmo Exempt Trust B under the Trust Agreement dated December 21, 1992; DAVE DAVELAAR, individually, and LINDA DAVELAAR, individually, and Defendant/Cross-Claimant MARYLAND CASUALTY COMPANY, a Maryland corporation, and



1  Defendant/Cross-Defendant CENTURY INDEMNITY COMPANY (as successor-in-
2  interest to CCI Insurance Company, as successor-in-interest to Insurance Company of
3  North America), a Pennsylvania corporation, by and through their respective counsel,
4  that all parties hereto agree to a dismissal with prejudice of the entire above-captioned
5  action, including the Plaintiffs' Complaint and Maryland's Cross-Claim, in accordance
6  with the terms of the written settlement agreement entered into between the parties.
7       IT IS FURTHER STIPULATED that the parties shall bear their own attorney's
8  fees and costs incurred in this action.
9       IT IS SO STIPULATED.
10
11  Dated:  February 25, 2015        LAW OFFICES OF K. GREG PETERSON
12
13                                  By: /s/ K. Greg Peterson
14                                       K. Greg Peterson, Esq.
                                         Attorney for Plaintiffs
15                                       ELEANOR J. ANSELMO, individually, and as
                                         Trustee under that certain document entitled
16                                       "The Albert A. and Eleanor J. Anselmo 1988
                                         Revocable Trust" Dated February 19, 1988,
17                                       and as Successor-in-Interest to Albert A.
                                         Anselmo, Deceased; KAREN L.
18                                       LILIENTHAL, Successor Trustee of the
                                         Rosalie A. Anselmo Trust A under
19                                       the Trust Agreement dated December 21,
                                         1992; KAREN L. LILIENTHAL, Trustee of the
20                                       Edward A. Anselmo Exempt Trust B under the
                                         Trust Agreement dated December 21, 1992;
21                                       DAVE DAVELAAR , individually, and LINDA
                                         DAVELAAR, individually
22
23
24
25  / / /
26  / / /
27  / / /
28



-3-
STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ACTION

Dated: February 25, 2015        SINNOTT, PUEBLA, CAMPAGNE &
                                CURET, APLC


                                By: /s/ Randy M. Marmor (as authorized 2/25/2015)
                                    Randy M. Marmor, Esq.
                                    Attorneys for Defendant MARYLAND
                                    CASUALTY COMPANY


Dated: February 25, 2015        AIWASIAN & ASSOCIATES


                                By: /s/ Bruce N. Telles (as authorized 2/25/2015)
                                    Bruce N. Telles, Esq.
                                    Attorneys for Defendant CENTURY
                                    INDEMNITY COMPANY (as successor-in-
                                    interest to CCI Insurance Company, as
                                    successor-in-interest to Insurance Company of
                                    North America)


## **ORDER**

The parties having stipulated to the dismissal with prejudice of the within action in its entirety and having further stipulated that each party shall bear its own attorney's fees and costs incurred in the within action, and good cause appearing,

IT IS SO ORDERED.

Dated: February 26, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE



-4-
STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ACTION